UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

V.

BRANDON KIDDER

                Defendant

AFFIDAVIT IN SUPPORT
OF ADJOURNMENT

Case No. 20-mj-1010

---

    I Michael R. Zosh, Esq. authorized to appear in the United States District Court Western District of New York and have been retained to represent the Defendant, Brandon Kidder, in the criminal matter now before the Court. I, Michael R. Zosh, being duly sworn, depose and say:

1. I respectfully request that the appearance on Defendant Kidder's case March 24, 2020 be adjourned as per the current epidemic situation.

2. The defendant is being held for a psychiatric examination as Ordered by the Court, thus the issue of speedy trial should not affect the Government as the time is tolled pending the examination.

3. If that is not the case, the Defendant would waive speedy trial time 30 days.

**Wherefore:** The defendant respectfully consents to an adjournment of 30 days.

DATED: Akron, New York
           19 March 2020

                                  Michael R. Zosh, Esq.
                                  Nicholas, Perot, Smith, Bernhardt & Zosh, P.C.
                                  Attorneys for Plaintiff(s)
                                  12364 Main Road / P.O. Box 176
                                  Akron, New York 14001
                                  (716) 542-5413

Sworn and Subscribed to before me
On this 19th Day of March 2020.

_____
Notary Public

                Karen M. Foley
            Notary Public, State of New York
              Qualified in Erie County
          My Commission Expires May 11, 20 23