

**NEOCC Covid-19 Quarantine Unit Procedures**

Revised 04/07/2020

NEOCC identified (32) detainees/offenders as "High-Risk" patients.
- **USMS**:         (15)
- **ODRC**:         (17)

**Below is the proposed plan to provide housing and place them in a more protected environment:**

- USMS high risk patients moved to **B5** unit
    - (1) wheelchair detainee
- ODRC high risk patients moved to **B7** unit
    - (1) wheelchair detainee

## Medical Plan of Action

- At least one nurse will be assigned to provide on-site medication administration and conduct daily rounds (e.g., check on patients, collect Sick Call requests, respond to urgent health care needs, etc.) in the housing unit
- An RN will be assigned to complete Sick Call Assessments in the unit
- Provider assessments (doctor sick call, health appraisals, chronic care, etc.) will be conducted in a designated cell within the unit (e.g., medical cell #101)
    - Privacy will be maintained during clinical encounters
    - Health care staff will wear paper/surgical masks, gloves, and gowns during clinical encounters / inside the housing unit
    - Health care staff will have their temperature taken daily; elevated temperatures will prohibit the health care staff from entering the unit / having direct contact with the patient
    - Health care staff will answer and clear symptom screening questions daily
    - Staff assigned to work on the wing will be screened throughout the work day

## High Risk Cohorting Unit Procedures

- All staff assigned to work on the wing will be screened prior to contact with any detainees/offenders
- Conduct (2)-hour cleaning schedule- utilize in-house porters
    - Emphasis on all hard surfaces, doors and door handles
- **Dayroom Schedule:** Open dayroom - monitor amount of offenders/detainees
- **Recreation Schedule:** Utilize outside recreation yard #2 and B5 recreation cages as needed
    - Televisions on mobile carts with movies
    - Distribute board games
- **Commissary:** Commissary will be delivered to the unit team  by commissary staff
    - Unit Team will deliver commissary to each unit
- **Unit Management:** Designated Unit Team members for each population
- **Mail Services:** Unit Team will pick up and deliver all mail
    - Additional "free letters"
- **Shower Schedule-** Disinfect after each group use
    - Showers will be offered daily



**NEOCC Covid-19 Quarantine Unit Procedures**

- **Laundry Services**:  Monday -Thursday at 12:30pm
    - Both units will be collected at the same time
    - Designated laundry bins for each unit
    - Designated washer/dryers for isolation units ( wash and dried separately )
- **Medical Services**: Pill Call, Doctor Sick Call, and Chronic Care will be conducted in the designated medical cell (e.g., cell #101)
    - Designated medical staff for the housing units (LPN/RN/ALP)
    - Emergency dental services only
    - Designated office space for privacy
- **Correctional Staff**: Designate permanent correctional staff to work housing units
- **Visitation**:
    - **ODRC-** no-contact (attorney only )
    - **USMS-**  preferred no-contact (attorney only)
- **Programing** :In-house (mental health , educational services, library, religious services)
    - Designated offices on the wing will be utilized

## Remote Feeding

- Disinfect and sanitize tables before and after each meal
- Food will be delivered and distributed by the corridor and housing unit officer
- Designated food carts for both housing units
- A meals will be served on Styrofoam in dayrooms

** **Attached diagram of designated housing units for isolated detainees/offenders**



NEOCC Covid-19 Quarantine Unit Procedures

