UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

vs.                                                                NOTICE OF APPEARANCE

                                                                        20-mj-1010

BRANDON KIDDER

       *Defendant*
_____

      **PLEASE TAKE NOTICE** that pursuant to the Rules of Criminal Procedure for the United States District Court for the Western District of New York, the undersigned attorney hereby appears on behalf of the above named defendant and hereby demands that a copy of all notices and other papers be served upon me at my office located at 534 Delaware Avenue, Buffalo, New York 14202.

s/ Dominic Saraceno, Esq.
_____
Dominic Saraceno, Esq.
534 Delaware Avenue
Buffalo, New York 14202
716-812-6356