

**U.S. Department of Justice**

Federal Bureau of Prisons

*Metropolitan Correctional Center*

*Office of the Warden*

71 W. Van Buren Street
Chicago, IL 60605

June 15, 2020

**Honorable Jeremiah J. McCarthy**
**United States District Judge**
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

RE:  Name:        KIDDER, Brandon
      Docket No.:  20-mj-1010
      Reg. No.:    01435-509

Dear Judge McCarthy:

This letter is in response to your court order dated March 17, 2020, which committed Mr. Kidder for an examination pursuant to Title 18, United States Code, §§ 4241 and 4242. Mr. Kidder was designated to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on April 3, 2020, and he arrived at the institution on May 8, 2020.

As you are already aware, the COVID-19 pandemic has had an unprecedented impact on the United States. The Bureau of Prisons has not been immune from the impact of this pandemic, and MCC Chicago has experienced an outbreak of the virus. National modified operations are being utilized to minimize potential for exposure to the virus and have impacted our ability to complete forensic examinations in accordance with standard timelines. The return of defendants to their legal jurisdictions has also been restricted in response to the COVID-19 pandemic. As of May 18, 2020, the BOP had moved to Phase VII of the COVID-19 response plan, which has extended national modified operations through June 30, 2020. As a result of the measures that have been put in place from the COVID-19 response plan, completion of the forensic examination of Mr. Kidder has been delayed. On arrival, Mr. Kidder was placed in quarantine status in accordance with the response plan. He was released from quarantine on June 3, 2020. That date is therefore considered the start of his evaluation period, as the usual evaluation procedures could not begin until that date. The statute allows our psychology staff 45 days to complete the evaluation, plus a 30-day extension with good cause.

Accordingly, an extension of time to complete the evaluation is requested. Presently, our plan is to continue forensic evaluations to the extent practicable and within the guidelines of the safety measures of the pandemic response. Should you grant this extension, it is anticipated the evaluation will be complete by August 17, 2020, and the report will be routed within three weeks of that date.

If you should have any questions regarding the evaluation, please contact Dr. Robin Watkins at (312) 322-0567 Ext. 1469. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Sincerely,

R.A. Heisner
Warden