UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                    20____ - mj - 1010

BRANDON KIDDER,
        Defendant.

## ORDER REGARDING USE OF VIDEO OR TELECONFERENCING

In accordance with the General Order issued on March 30, 2020, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ] Other:

IT IS SO ORDERED.

Date: October 21, 2020

/s/ Jeremiah J. McCarthy
Jeremiah J. McCarthy
United States Magistrate Judge