IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.                                      20-mj-1010

BRANDON KIDDER,

                Defendant.
_____

### NOTICE OF MOTION AND MOTION

THE UNITED STATES OF AMERICA, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, CAITLIN M. HIGGINS, Assistant United States Attorney, hereby moves the Court for an extension of the Rule 48(b) dismissal set for August 5, 2021, for the reasons set forth in the attached declaration.

DATED:  Buffalo, New York, July 30, 2021.

                                       JAMES P. KENNEDY, JR.
                                       United States Attorney

                    BY:    ___*/S CAITLIN M. HIGGINS*_____
                                   CAITLIN M. HIGGINS
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   Western District of New York
                                   138 Delaware Avenue
                                   Buffalo, New York  14202
                                   716/843-5818
                                   Caitlin.Higgins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          v.                                  20-mj-1010

BRANDON KIDDER,

                  Defendant.
_____


### DECLARATION


STATE OF NEW YORK  )
COUNTY OF ERIE      )     SS:
CITY OF BUFFALO    )


    **CAITLIN M. HIGGINS,** being duly sworn, deposes and states:


    1.      I am an Assistant United States Attorney for the Western District of New York and assigned to my office's file regarding this action.  This declaration is submitted in support of the government's motion for an extension of the Rule 48(b) dismissal set for August 5, 2021.


    2.      On June 17, 2021, the Court set a Federal Rules of Criminal Procedure Rule 48(b) dismissal date for August 5, 2021.

3.      Since that date, the government and the defense reached a pretrial resolution and scheduled a plea before Judge Vilardo on August 10, 2021.

4.      Counsel for defendant, Dominic Saraceno, Esq. also stated to your affiant that the defendant joins in both the request for the adjournment and exclusion of time pursuant to the Speedy Trial Act.

5.      Since the parties have the matter scheduled for a plea on August 10, 2021, speedy trial time in this matter should be excluded to afford the parties to conduct a change of plea hearing.  The public's interest in conserving resources by avoiding the unnecessary use of the grand jury, the time and expense of both a trial and a likely appeal, combined with the certainty of conviction that will be obtained through a plea of guilty by the defendant, outweigh the public's interests in a speedy trial.  Furthermore, the defendant's interest in obtaining the benefit of a lesser sentence which will likely accompany the pretrial disposition of this matter outweigh the interests of the defendant in a speedy trial.  Based on the foregoing representations, the exclusion of time in this matter is in the interest of justice and not contrary to the interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

WHEREFORE, it is respectfully requested that the Rule 48(b) dismissal date be set for August 11, 2021, and that the time from and including August 5, 2021, to and including August 11, 2021, be excluded from the Speedy Trial Act.

_____/S CAITLIN M. HIGGINS_____

CAITLIN M. HIGGINS
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5818
Caitlin.Higgins@usdoj.gov